**Petition for Writ of Mandamus Denied and Memorandum Majority and Dissenting Opinions filed February 15, 2024.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-23-00702-CV

---

### IN RE M.P., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law No. 3**
**Galveston County, Texas**
**Trial Court Cause No. 23-FD-1384**

---

## MEMORANDUM DISSENTING OPINION

Persisting in my view that our duty as judges is to reach a decision on the merits based on a proper record and that due process and due course of law require that this court give notice when the original-proceeding record does not comply with the Texas Rules of Appellate Procedure, I would give relator ten-days notice of involuntary dismissal for failure to comply with Texas Rule of Appellate Procedure 52.7(a)(1) requiring a certified or sworn copy of every document that is material to

the relator's claim for relief and that was filed in any underlying proceeding. Tex. R. App. P. 52.7(a); *see In re Kholaif*, 624 S.W.3d 228, 231 (order), *mand. dism'd*, 615 S.W.3d 369 (Tex. App.—Houston [14th Dist.] 2020) (orig. proceeding); *see also* Tex. R. App. P. 52.3(k)(1) (necessary contents of petition); Tex. Civ. Prac. & Rem. Code Ann. § 132.001 (authorizing unsworn declarations).

I dissent from the court's failure to provide notice and an opportunity to cure. I express no opinion on the merits of the petition for a writ of mandamus.

/s/    Charles A. Spain
       Justice

Panel consists of Justices Jewell, Spain, and Wilson (Spain, J., dissenting).

2